# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1624
Lower Tribunal No. 2016-CF-014093-A-O

_____

CHRISTOPHER S. DEGALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Christopher S. Degale, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED